| | | |
|---|---|---|
| **Katherine Snuffer/DCD/DC/USCOURTS**<br><br>07/23/2008 04:54 PM | To<br>cc<br>bcc<br>Subject | Teresa Gumiel/DCD/DC/USCOURTS@USCOURTS<br><br><br>Fw: Transfer of Case; MDL 1760 (CTO 72) (District of Columbia Case Nos. 1:08-cv-902, 1:08-cv-903, and 1:08-cv-904)-URGENT |

I put the wrong file date on the CTO. I'm attaching a new one. I apologize!


CTO 72.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov

Ann G Frantz/TNMD/06/USCOURTS

| | | |
|---|---|---|
| **Ann G Frantz/TNMD/06/USCOURTS**<br><br>07/22/2008 10:34 AM | To<br>cc<br>Subject | DCDml_MDLClerk<br>Ann G Frantz/TNMD/06/USCOURTS@USCOURTS<br>Transfer of Case; MDL 1760 (CTO 72) (District of Columbia Case Nos. 1:08-cv-902, 1:08-cv-903, and 1:08-cv-904)-URGENT |

Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Order 72

Dear Clerk of Court:

Attached is a certified copy of CTO 72 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee. The new case numbers are listed on the order.

*Please transmit your records via the ECF District Transfer method to Tennessee Middle.*

If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.

Thank you!


CTO 72.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov